[No. 5848-1-II.   Division Two.   January 23, 1984.]

ADRIANA HESS, *Appellant,* v. THE COUNTY OF PIERCE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 279994, William L. Brown, Jr., J., entered August 21, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 5790-5-II.   Division Two.   January 23, 1984.]

ANNA B. SIMCOE, ET AL, *Appellants,* v. DAROLYN D. BRUECKMANN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 10280, Tyler C. Moffett, J., entered August 7, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 6005-1-II.   Division Two.   January 23, 1984.]

A.R.A. MANUFACTURING COMPANY, *Appellant,* v. AUTO-AIR & ELECTRIC, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 285552, Donald H. Thompson, J., entered November 10, 1981. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.